IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-270-CR





WALTER RAY PYRON,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE




 



FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT





NO. 83-157-K, HONORABLE WILLIAM S. LOTT, JUDGE PRESIDING



 






PER CURIAM



 This is an appeal from an order denying reduction of bond.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed On Appellant's Motion

Filed: June 30, 1993

[Do Not Publish]